

**LODGED** SEP 2 4 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 6 2003

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

TARALYNN M. OLAYVAR
Special Assistant U.S. Attorney
15 ABW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 243
Facsimile No.  449-8614
Email:  taralynn.olayvar@hickam.af.mil

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>     vs.                          )<br>                                  )<br> CATHERINE D. DEAN,               )<br>                                  )<br>          Defendant.              )<br> _____ ) | CR. NO.:  02-00318<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |


<u>ORDER FOR DISMISSAL</u>


     Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of the court endorsed hereon, the United

States Attorney for the district of Hawaii hereby dismisses,

without prejudice, the information against CATHERINE D. DEAN, the defendant.

DATED: Honolulu, Hawaii, September 26, 2003.

_____
TARALYNN M. OLAYVAR
Special Assistant. U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

**BARRY M. KURREN**
_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. DEAN
CR. NO.: 02-00318
Order For Dismissal